B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **4:12−bk−20607−SHG**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tracy Scott Sisson  
aka Tracy Scott Rowley Sisson  
39875 S. Horse Run Drive  
Tucson, AZ 85739

Holly Ann Brown−Sisson  
39875 S. Horse Run Drive  
Tucson, AZ 85739

Social Security / Individual Taxpayer ID No.:
xxx−xx−8939         xxx−xx−7083

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/20/15

Scott H. Gan  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                             Case No. 12-20607-SHG
Tracy Scott Sisson                                                 Chapter 7
Holly Ann Brown-Sisson
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0970-4      User: learys               Page 1 of 3          Date Rcvd: May 20, 2015
                          Form ID: b18               Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db/jdb        +Tracy Scott Sisson,   Holly Ann Brown-Sisson,    39875 S. Horse Run Drive,
                Tucson, AZ 85739-2312
aty            Christopher J. Dylla,    Office of the Arizona Attorney General,    1275 West Washington Street,
                Phoenix, AZ 85007-2926
cr            +ONEWEST BANK, FSB,   9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
cr            +Ocwen Loan Servicing, LLC,    c/o Law Offices of Les Zieve,
                112 North Central Avenue, Suite 425,    Phoenix, AZ 85004-2361
cr            +Ocwen Loan Servicing, LLC, its assignees and/or su,    c/o McCarthy, Holthus & Levine,
                8502 E. Via De Ventura, Suite 200,    Scottsdale, AZ 85258-3240
13348023      +East Bay Funding,   650 Plymouth Street, Suite 10,    East Bridgewater, MA 02333-2054
13348024      +Ecast Settlement Corporation,    383 Madison Ave,   New York, NY 10179-0001
11705267      +GC Services Limited Partnership,    6330 Gulfton St,   Houston, TX 77081-1198
13369086       McCarthy & Holthus LLP,    1770 Fourth Avenue,   San Diego, CA 92101-2607
12557487       McCarthy Holthus & Levine, P.C.,    c/o McCarthy & Holthus, LLP,   1770 Fourth Avenue,
                San Diego, CA 92101-2607
11790041      +Mercedes Benz Financial Services USA LLC f/k/a DCF,    c/o Poli & Ball, PLC,
                2999 N. 44th St, Ste 500,    Phoenix, AZ 85018-7252
11742780       Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,   PO Box 131265,
                Roseville, MN 55113-0011
11705273       Mortgage Service Cente,    2001 Leadenhall Rd,   Mount Laurel, NJ 08054
13239273     +++OCWEN LOAN SERVICING LLC,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 24605,
                WEST PALM BEACH FL 33416-4605
11753031      +ONE WEST BANK,FSB,   POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
12557486      +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,   1100 Virginia Drive, Suite 175,
                Fort Washington, PA 19034-3204
13369085       Ocwen Loan Servicing, LLC,    Attention: Bankruptcy,    P.O. BOX 24605,
                West Palm Beach, FL 33416-4605
12557468      +Ocwen Loan Servicing, LLC,    Attn: Payment Processing,   3451 Hammond Ave,
                Waterloo, IA 50702-5345
11705278      +Talbots,   175 Beal St,   Hingham, MA 02043-1512
11705281       Wells Fargo Bank,   P.o. Box 5445,    Portland, OR 97208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: FTANOWAK.COM May 20 2015 23:33:00     TRUDY A. NOWAK,   2001 E. Campbell Ave., Suite 201,
                Phoenix, AZ 85016-5574
smg            EDI: AZDEPREV.COM May 20 2015 23:33:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
11717181      +EDI: AZDEPREV.COM May 20 2015 23:33:00     ARIZONA DEPARTMENT OF REVENUE,
                BANKRUPTCY UNIT 7th FLOOR,    1600 W MONROE STREET,   PHOENIX ARIZONA 85007-2612
13348019      +EDI: GMACFS.COM May 20 2015 23:33:00     Ally Financial,   P.O. Box 78367,
                Phoenix, AZ 85062-8367
11775791      +EDI: GMACFS.COM May 20 2015 23:33:00     Ally Financial Inc.,   c/o Ally Servicing LLC,
                P.O. Box 130424,   Roseville, MN 55113-0004
11705263       EDI: BANKAMER.COM May 20 2015 23:33:00     Bank Of America,   4060 Ogletown/stanton Rd,
                Newark, DE 19713
11911377      +EDI: OPHSUBSID.COM May 20 2015 23:33:00     CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11705264      +EDI: CHASE.COM May 20 2015 23:33:00     Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
11705265      +EDI: CITICORP.COM May 20 2015 23:33:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11715435       EDI: DISCOVER.COM May 20 2015 23:33:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH 43054-3025
11705266      +EDI: DISCOVER.COM May 20 2015 23:33:00     Discover Fin Svcs Llc,   Po Box15316,
                Wilmington, DE 19850-5316
11921544      +EDI: RESURGENT.COM May 20 2015 23:33:00     East Bay Funding, LLC,
                c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
11705268      +EDI: RMSC.COM May 20 2015 23:33:00     Gemb/dillards,   Po Box 981471,   El Paso, TX 79998-1471
11705269      +EDI: RMSC.COM May 20 2015 23:33:00     Gemb/ethan Allen,   Po Box 981439,
                El Paso, TX 79998-1439
11705270       EDI: GMACFS.COM May 20 2015 23:33:00     Gmac,   Po Box 12699,   Glendale, AZ 85318
11705271      +EDI: IIC9.COM May 20 2015 23:33:00     I.C. System, INC.,   444 Highway 96 East PO Box 64437,
                St. Paul, MN 55164-0437
11705272      +EDI: DAIMLER.COM May 20 2015 23:33:00     Mercedes-benz Financia,   Po Box 685,
                Roanoke, TX 76262-0685
11705274      +E-mail/Text: bankruptcydepartment@ncogroup.com May 20 2015 23:46:52
                Nco Financial Systems Inc,   507 Prudential Road,   Horsham, PA 19044-2368
11911378      +EDI: OPHSUBSID.COM May 20 2015 23:33:00     OAK HARBOR CAPITAL LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13348027      +EDI: OPHSUBSID.COM May 20 2015 23:33:00     Oak Harbor Capital, LLC,
                2001 Western Ave. Ste 430,   Seattle, WA 98121-3132
13348020      +Fax: 407-737-5634 May 20 2015 23:55:23     Ocwen Loan Servicing,
                1661 Worthington Rd., Ste 100,   West Palm Beach, Fl 33409-6493
11705275      +E-mail/Text: EBN_Notifications@OWB.com May 20 2015 23:46:33     Onewest Bank,
                6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
```

```
District/off: 0970-4                  User: learys                 Page 2 of 3                   Date Rcvd: May 20, 2015
                                      Form ID: b18                 Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11904614         EDI: PRA.COM May 20 2015 23:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
11802085         E-mail/Text: bkdepartment@rtresolutions.com May 20 2015 23:46:57
                  REAL TIME RESOLUTIONS, INC.,    1349 EMPIRE CENTRAL DR., STE. 150,    DALLAS, TX 75247-4029
11705276        +E-mail/Text: bkdepartment@rtresolutions.com May 20 2015 23:46:57      Real Time Resolutions,
                  PO Box 35888,    Dallas, TX 75235-0888
13348021         EDI: NAVIENTFKASMSERV.COM May 20 2015 23:33:00      Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
12356513         EDI: NAVIENTFKASMGUAR.COM May 20 2015 23:33:00      Sallie Mae, Inc. on behalf of USA Funds,
                  Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
11705277        +EDI: SEARS.COM May 20 2015 23:33:00      Sears/cbsd,    701 East 60th St N,
                  Sioux Falls, SD 57104-0432
11767069        +EDI: WFNNB.COM May 20 2015 23:33:00      Talbots,    c/o Creditors Bankruptcy Service,
                  P.O. Box 740933,    Dallas, TX 75374-0933
11705279        +EDI: WTRRNBANK.COM May 20 2015 23:33:00      Target N.b.,    Po Box 673,
                  Minneapolis, MN 55440-0673
11705280        +EDI: CITICORP.COM May 20 2015 23:33:00      Thd/cbsd,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
12215053        +EDI: OPHSUBSID.COM May 20 2015 23:33:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                  2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
11721165        +EDI: WFFC.COM May 20 2015 23:33:00      Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
                  Des Moines, IA 50328-0001
11705282        +EDI: WFFC.COM May 20 2015 23:33:00      Wells Fargo Ed Fin Svc,    301 E 58th St N,
                  Sioux Falls, SD 57104-0422
11733827         EDI: ECAST.COM May 20 2015 23:33:00      eCAST Settlement Corporation, assignee,
                  of Citibank (South Dakota), N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                                TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
                  Roseville, MN 55113-0011
cr*              Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                  West Palm Beach, FL 33416-4605
cr*             +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
11705284*        Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE 19713
11705285*       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
11705286*       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
11705287*       +Discover Fin Svcs Llc,    Po Box15316,    Wilmington, DE 19850-5316
11705288*       +GC Services Limited Partnership,    6330 Gulfton St,    Houston, TX 77081-1198
11705289*       +Gemb/dillards,    Po Box 981471,    El Paso, TX 79998-1471
11705290*       +Gemb/ethan Allen,    Po Box 981439,    El Paso, TX 79998-1439
11705291*        Gmac,    Po Box 12699,    Glendale, AZ 85318
11705292*       +I.C. System, INC.,    444 Highway 96 East PO Box 64437,    St. Paul, MN 55164-0437
11705293*       +Mercedes-benz Financia,    Po Box 685,    Roanoke, TX 76262-0685
11705294*        Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
11705295*       +Nco Financial Systems Inc,    507 Prudential Road,    Horsham, PA 19044-2368
11705296*       +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
13348022*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk, VA 23541)
11802086*        REAL TIME RESOLUTIONS, INC.,    1349 EMPIRE CENTRAL DR., STE. 150,    DALLAS, TX 75247-4029
11705297*       +Real Time Resolutions,    PO Box 35888,    Dallas, TX 75235-0888
13348026*       +Real Time Resolutions,    PO Box 35888,    Dallas, TX 75235-0888
11705298*       +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
11705299*       +Talbots,    175 Beal St,    Hingham, MA 02043-1512
11705300*       +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
11705301*       +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
11705302*        Wells Fargo Bank,    P.o. Box 5445,    Portland, OR 97208
11705303*       +Wells Fargo Ed Fin Svc,    301 E 58th St N,    Sioux Falls, SD 57104-0422
11705304*       +Zwicker And Azzociates P.C.,    PO Box 10069,    Scottsdale, AZ 85271-0069
13348025        ##+Discover Bank,    PO Box 15316,    Wilmington, DE 19850,    Zwicker & Associates P.C.,
                  PO Box 10069,    Scottsdale, AZ 85271-0069
11705283        ##+Zwicker And Azzociates P.C.,    PO Box 10069,    Scottsdale, AZ 85271-0069
                                                                                         TOTALS: 0, * 27, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2015 at the address(es) listed below:
              DIANNE 1   KERNS    on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com, ecf@dcktrustee.com,
               dckerns@dcktrustee.com
              HARRIETTE P. LEVITT    on behalf of Joint Debtor Holly Ann Brown-Sisson hplevitt@qwestoffice.net
              HARRIETTE P. LEVITT    on behalf of Debtor Tracy Scott Sisson hplevitt@qwestoffice.net
              JAMES B. BALL    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA
               LLC ball@poliball.com, bkecf@poliball.com
              JAMES E. SHIVELY    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS
               USA LLC bkecf@poliball.com
              LAKSHMI   JAGANNATH    on behalf of Creditor    Ocwen Loan Servicing, LLC
               ljagannath@mccarthyholthus.com, bknotice@mccarthyholthus.com
              STEPHEN MARK TREZZA    on behalf of Joint Debtor Holly Ann Brown-Sisson trezzaecfnotices@gmail.com
              STEPHEN MARK TREZZA    on behalf of Debtor Tracy Scott Sisson trezzaecfnotices@gmail.com
              TRUDY 1   NOWAK    on behalf of Trustee TRUDY A. NOWAK trustee@tanowak.com, dkw@tanowak.com
              TRUDY A. NOWAK
               trustee@tanowak.com;tan@trustesolutions.com;tan@trustesolutions.net;dkw@tanowak.com;HCagle@bklaws
               .com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 11